**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COLIN CAMILLO,

            Plaintiff,

v.

BANK OF AMERICA CORPORATION,

            Defendant.

Case No. 09-cv-12922
Honorable Patrick J. Duggan
Magistrate Judge Hluchaniuk

---

## ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation by and between the parties to dismiss the Plaintiff's complaint, and this Court having been fully advised in the premises;

*NOW, THEREFORE*,

*IT IS HEREBY ORDERED* that Plaintiff's complaint is dismissed with prejudice and without costs.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Troy_536642_1